Jerome O. YOUNG, Plaintiff-Appellant,

v.

C.A.R. TRANSPORTS, INC., Charles Reineke, and Joseph Winkelmann, Defendants-Respondents.

No. 46655.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 21, 1984.

Anthony J. Sestric, St. Louis, for plaintiff-appellant.

Paul S. Brown, St. Louis, for defendants-respondents.

## ORDER

PER CURIAM:

This is an appeal from an order of the Circuit Court of the City of St. Louis sustaining defendant's Motion for a New Trial after a jury returned a verdict for appellant for $125,000.00 for personal injuries sustained by him in a truck accident.

The order of the trial court is affirmed. Rule 84.16(b).